UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JANE DOE 1, a minor, by and through her guardian ad litem, Patricia Garcia,<br><br>Plaintiff,<br><br>v.<br><br>ESTATE OF LANCE CLEMENT, et al.,<br><br>Defendants. | Case No. 1:14-cv-01404---SKO<br><br>**ORDER APPOINTING PATRICIA GARCIA AS GUARDIAN AD LITEM FOR MINOR JANE DOE 1**<br><br>**(Doc. 2)** |
|---|---|

After reviewing the application of petitioner Patricia Garcia and for good cause shown, **IT IS HEREBY ORDERED THAT** Patricia Garcia shall be appointed Guardian Ad Litem for Jane Doe 1 in the above action.

IT IS SO ORDERED.

Dated: **October 17, 2014**           **/s/ Sheila K. Oberto**
                                       UNITED STATES MAGISTRATE JUDGE